441 A.2d 777

Pilkington v. Connor & Yentis et al.

Appeal of Lucille Connor.

Submitted April 8, 1981. Howard Farber, for appellant; Samuel S. Blank, for Pilkington, appellees; Fred

R. Cohen, for Yentis, appellee; George A. Pagano, for Volunteer Firemen's, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.